1
 William Henry Harmon, Petitioner v. The People of the State of Colorado. Respondent No. 25SC464Supreme Court of Colorado, En BancMarch 30, 2026
           Court
 of Appeals Case No. 21CA1443
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the district court violated Colorado's
 Confrontation Clause in this criminal case, in which the
 victim died before trial, by admitting the victim's
 testimony in an earlier civil trial involving a contract
 dispute between the victim and the defendant.
 
 
          [REFRAMED]
 Whether the district court violated CRE 804(b)(1) in this
 criminal case, in which the victim died before trial, by
 admitting the victim's testimony in an earlier civil
 trial involving a contract dispute between the victim and the
 defendant.
 
 
          [REFRAMED]
 Whether the district court violated CRE 1002 in this criminal
 case, in which the victim died before trial, by having the
 court reporter's transcript of the victim's testimony
 in an earlier civil trial read in lieu of playing the
 FTR's recording of that testimony.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.